No. 00–6670. PIEDRAHITA-CANO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. ▮

No. 00–6672. DIAZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. ▮

No. 00–6675. GWINN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮

No. 00–6682. GRANT *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. ▮

No. 00–6683. HAWKINS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–6685. FRANCIS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮

No. 00–6687. FLORES-ANGULO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮

No. 00–6692. JOHNSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. ▮

No. 00–6693. CARRIZALES JARAMILLO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 00–6694. JELLEY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–6695. SANDOVAL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮

No. 00–6697. YEOMANS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–6698. VALOIS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00–6701. WILLIS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–6702. MARQUEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮

No. 00–6705. PINJUV *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮